# ELECTRONIC RECORD

070-14

COA # 14-12-00769-CR          OFFENSE: Assault

STYLE: Curtis James Pritchard V The State of Texas          COUNTY: Harris

COA DISPOSITION: Affirmed as Modified          TRIAL COURT: Co Crim Ct at Law No. 8

DATE: 01/14/2014     Publish: No          TC CASE #: 1804094

## IN THE COURT OF CRIMINAL APPEALS

070-14

STYLE: Curtis James Pritchard V The State of Texas

CCA # _____

_____ State's _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

granted + remanded          JUDGE: _____

DATE: April 16, 2014          SIGNED: _____          PC: _____

JUDGE: PC          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**